Dated; August 24, 2006

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Adrian M. Pruetz (Bar No. 118215)
2  adrianpruetz@quinnemanuel.com
   Scott B. Kidman (Bar No. 119856)
3  scottkidman@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
5  Facsimile:     (213) 443-3100

6  Attorneys for Plaintiff
   Airborne Health, Inc.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11  AIRBORNE HEALTH, INC.,            |  CASE NO. C06-01803 MMC

12          Plaintiff,                |  NOTICE OF DISMISSAL WITH PREJUDICE

13      vs.

14  WALGREEN CO.,

15          Defendant.

08890/1939276.1

NOTICE OF DISMISSAL WITH PREJUDICE

1  Plaintiff Airborne Health, Inc. hereby dismisses this action with
2 prejudice as permitted by Federal Rule of Civil Procedure 41(a)(1) in that defendant
3 has not yet served an answer to the complaint or otherwise appeared in this action.

DATED: August 24, 2006        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/
Scott B. Kidman
*Attorneys for Plaintiff
Airborne Health, Inc.*